IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENECA EUELL ) | |
| ) | |
| Plaintiff, ) | Case No. 3:24-cv-50046 |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| BERNER FOOD & BEVERAGE LLC, ) | Hon. Philip G. Reinhard |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees.

Stipulated to:

/s/ *Alexander Taylor* (with permission)　　　/s/ *Stacey L. Smiricky*
Sulaiman Law Group Ltd.　　　　　　　　　　Stacey L. Smiricky
Mohammed O. Badwan　　　　　　　　　　　stacey.smiricky@faegredrinker.com
mbadwan@sulaimanlaw.com　　　　　　　　　320 S. Canal St., Suite 3300
Alexander Taylor　　　　　　　　　　　　　Chicago, Illinois 60606
ataylor@sulaimanlaw.com　　　　　　　　　　Telephone: (312) 569-1000
2500 S. Highland Ave., Suite 200　　　　　　　Facsimile: (312) 569-3000
Lombard, IL 60148
P: (630) 581-5456　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**
F: (630) 575-8188

**ATTORNEYS FOR PLAINTIFF**